## United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

SERGIO ALEJANDRO ARREOLA-MOLINA

**Criminal Complaint**

CASE NUMBER: 06- 85M-MPT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 16, 2006 in New Castle County, in the District of Delaware, defendant, an alien and citizen of Mexico, was found in the United States after previously having been removed, and prior to his re-entry, neither the Undersecretary for Border and Transportation Security, DHS, nor the Attorney General of the United States had expressly consented to his reapplying for admission,

in violation of Title __8__ United States Code, Section(s) 1326(a)_____.

I further state that I am a(n) __Special Agent_____ and that this complaint is based
                              Official Title
on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes

FILED
JUL 1 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Signature of Complainant
Michael J. Deshaies
Special Agent

Sworn to before me and subscribed in my presence,

July 18, 2006                                    at     Wilmington, DE
Date                                                    City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                          _____
Name & Title of Judicial Officer                        Signature of Judicial Officer

# AFFIDAVIT

I, Michael J. Deshaies, being duly sworn, depose and say:

1. I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Dover, Delaware. I have been employed as a Special Agent since October 01, 1997, when the INS employed me. The INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement in March 2003.

2. This investigation is based upon information provided by INS/ICE records, National Crime Information Center (NCIC), Law Enforcement Service Center (LESC), FBI records, and my own observations and interviews.

3. On or about July 16, 2006, the ICE/RAC Wilmington office received notification from the Newark, Delaware Police Department advising that Sergio Alejandro ARREOLA-Molina, born in Mexico with a particular date of birth in 1973, was encountered during a traffic stop. Database and photographic record checks with the Law Enforcement Service Center affirmed that Sergio Alejandro ARREOLA-Molina was previously removed from the United States.

4. On July 16, 2006, ICE Special Agent William Horn interviewed Sergio Alejandro ARREOLA-Molina at the Newark Police Department. The subject stated that his true and correct name is Sergio Alejandro ARREOLA-Molina, and that he was born on aforementioned date in 1973 in Mexico. He further stated that he last entered into the United States illegally without inspection by an immigration officer on or about November 15, 2005 near San Ysidro, CA.

5. Your affiant has reviewed INS/ICE alien database records that indicate Sergio Alejandro ARREOLA-Molina, with the same aforementioned date of birth in 1973, was removed from the United States on December 10, 2002 from San Ysidro, California to Mexico.

6. Your affiant queried the subject's fingerprints in an automated system. The results of that query showed that Sergio Alejandro ARREOLA-Molina was deported on the occasion cited above. The FBI database found that the fingerprints submitted matched the fingerprint record with the name of Sergio A. ARREOHA AKA: Sergio Alejandro ARREOLA-Molina.

7. Your affiant took a sworn statement from Sergio Alejandro ARREOLA-Molina on July 17, 2006 wherein he admitted that he was previously removed from the United States in December of 2002. The subject ARREOLA-Molina also stated that he last entered into the United States illegally on about November 15, 2005 without inspection or parole by an immigration officer and without permission from any authorized government official. An ICE status verifier at the Law Enforcement Service Center where ARREOLA-Molina's "A" file is located stated that no application for advance permission to reapply for admission into the United States from either the Attorney General or the Undersecretary for Border and Transportation Security of the Department of Homeland Security was found in that file.

WHEREFORE, your affiant avers that there is probable cause to believe that Sergio Alejandro ARREOLA-Molina, a citizen and national of Mexico, was found in the United States after having been removed by the INS to Mexico on December 10, 2002, and prior to his reembarkation at a place outside the United States, neither the Undersecretary for Border and Transportation Security, Department of Homeland Security nor the Attorney General of the United States had expressly consented to such alien's reapplying for admission, in violation of Title 8, United States Code, 1326(a).

_____
Michael J. Deshaies
Special Agent
U.S. Immigration & Customs Enforcement

Subscribed and sworn before me on the 18th day of July, 2006.

_____
United States District Court