UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　Plaintiff, 　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )　CASE NO. 06-85m-MPT<br>　　vs.　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>**SERGIO ALEJANDRO ARREOLA** MOLINA )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　Defendant.　　　　　　 ) | |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **18**<sup>TH</sup> day of **JULY**, 2006,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

　　　　　　　　　　　　　　　　　　　　　　_/s/ Mary Pat Thynge_
　　　　　　　　　　　　　　　　　　　　　　Honorable Mary Pat Thynge
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

cc: Federal Public Defender
　　　First Federal Plaza, Suite# 110
　　　704 King Street
　　　Wilmington, DE  19801
　　　(302) 573-6010

　　　Defendant
　　　United States Attorney



FILED
JUL 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE