IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )

       Plaintiff,                  )

    v.                                  )    No. 06- PSm-MPT

SERGIO ALEJANDRO ARREOLA-MOLINA )

       Defendant.                  )

F I L E D

JUL 1 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**.  This case is eligible for a detention order because case involves (**check all that apply**):

   _____  Crime of violence (18 U.S.C. § 3156)

   _____  Maximum sentence life imprisonment or death

   _____  10+ year drug offense

   _____  Felony, with two prior convictions in above categories

   \_\_X\_\_  Serious risk defendant will flee

   _____  Serious risk obstruction of justice

2. **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   \_\_X\_\_  Defendant's appearance as required

_____    Safety of any other person and the community

3.    **Rebuttable Presumption**.  The United States (will, will

not) invoke the rebuttable presumption against defendant

under §3142(e).  (If yes) The presumption applies because

(**check one or both**):

_____    Probable cause to believe defendant committed

10+ year drug offense or firearms offense, 18

U.S.C. §924(c)

_____    Previous conviction for "eligible" offense

committed while on pretrial bond

4.    **Time For Detention Hearing**.  The United States requests

the court conduct the detention hearing,

_____    At first appearance

__X__    After continuance of  __3__  days (not more

than 3).

DATED this  __18th__  day of _July_ , 2006.

COLM F. CONNOLLY
United States Attorney

BY:_____
Richard G. Andrews
First Assistant U. S. Attorney